## 52373. CAMP v. HAMRICK et al.

BELL, Chief Judge.

In this garnishment proceeding, the garnishee answered that it was not indebted to the defendant. The plaintiff did not traverse the answer. The failure to file a timely traverse entitled the garnishee to be discharged. *Knight v. Herring & McGehee,* 161 Ga. 58 (129 SE 526).

*Judgment affirmed. Clark and Stolz, JJ., concur.*

ARGUED JULY 12, 1976 — DECIDED JULY 15, 1976 — REHEARING DENIED JULY 30, 1976.

*R. John Genins,* for appellant.

*Taylor W. Jones, Jerrold W. Hester, Alston, Miller & Gaines, John A. Sibley,* for appellees.